```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
TROPICAL SAILS CORP.,          :
                               :
            Plaintiff,         :
                               :
    -against-                  :      No. 14 CV 7582
                               :         ORDER
YEXT, INC.,                    :
                               :
            Defendant.         :
------------------------------ X
```

**John F. Keenan, United States District Judge:**

    Before the Court is a letter motion by Defendant Yext, Inc. for leave to file placeholders in lieu of certain exhibits supporting the parties' motions for class certification and summary judgment, which will be fully briefed on March 11, 2016. The Defendant explains that it intends to move this Court to permit these exhibits to be filed under seal.

    Both parties consenting, the request to file placeholders is GRANTED. The Defendant is directed to file a letter brief not to exceed five pages demonstrating that the standards for sealing have been met and specifically addressing <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006), no later than March 25, 2016. If the Defendant intends to redact portions of certain documents, it is directed to include a proposed redacted version with its application.

If the Plaintiff wishes to oppose the motion, it shall file an opposition letter brief not to exceed five pages no later than April 1, 2016.

**SO ORDERED.**

Dated:	New York, New York
	March 9, 2016

						_____
						John F. Keenan
						United States District Judge